Prepared by State Reporter from Appeal Papers

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

HYMAN LEFKOWITZ, an Infant, by DAVID LEFKOWITZ, His Guardian ad Litem, Respondent, ". JOHN T. WHALEN, INC., Appellant.

DAVID LEFKOWITZ, Respondent, v. JOHN T. WHALEN, INC., Appellant.

*Negligence — motor vehicles — pedestrian struck by motor truck while crossing street.*

*Lefkowitz* v. *Whalen, Inc.* (2 cases), 220 App. Div. 759, affirmed. (Submitted October 27, 1927; decided November 22, 1927.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second to recover for expense and loss of service occasioned the plaintiff by reason of such injury to his minor son. The boy, while crossing One Hundred and Sixty-eighth street at Fulton avenue in the borough of The Bronx was struck by defendant's motor truck and received the injuries complained of.

*George F. Hickey* and *Alfred W. Andrews* for appellant.
*Louis S. Schwartz* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.